34 So.2d 32

**Harry A. FASANG v. STATE.**

**6 Div. 461.**

Court of Appeals of Alabama.

Jan. 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

29 So.2d 896

**Calvin FENN v. STATE.**

**4 Div. 986.**

Court of Appeals of Alabama.

Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

34 So.2d 868

**Oscar FERGUSON v. STATE.**

**8 Div. 573.**

Court of Appeals of Alabama.

Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Appeal dismissed.

---

34 So.2d 868

**Gilbert FIELDS v. STATE.**

**8 Div. 615.**

Court of Appeals of Alabama.

March 9, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

34 So.2d 868

**Gilbert FIELDS v. STATE.**

**8 Div. 616.**

Court of Appeals of Alabama.

March 2, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

---

33 So.2d 276

**John Wiley FIELDS v. STATE.**

**6 Div. 465.**

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.